## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ODED BEN-JOSEPH        *
8 Black Elk Road
Sharon, Massachusetts 02067     *

     Plaintiff            *

v.                     *

MT. AIRY AUTO TRANSPORTERS,   *
   LLC.
508 Russett Leaf Terrace       *
Woodsboro, Maryland 21798
                       *

     Serve On: Resident Agent
     Keith R. Havens         *
     2401 Research Blvd., Suite 308
     Rockville, Maryland 20850    *

and                  *      Case No.

BRIAN ROGERS           *
615 North Maple Avenue
Brunswick, Maryland 21716     *

and                  *

SUPERIOR AUTO SERVICE, INC.   *
12298 Wilkens Avenue
Rockville, Maryland 20852     *

     Serve On: Resident Agent    *
     David E. Taggart
     25945 Largo Court        *
     Damascus, Maryland 20872
                       *

     Defendants
                       *

    *     *     *     *     *     *     *     *     *     *     *

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Oded Ben-Joseph, by and through his attorneys, Gregory G. Hopper and Salsbury, Clements, Bekman, Marder & Adkins, L.L.P., hereby files this Complaint and Demand for Jury Trial and sues Defendants, Mt. Airy Auto Transporters, LLC, Brian Rogers, and Superior Auto Service, Inc., and, in support thereof, states as follows:

### PARTIES

1.     Oded Ben-Joseph was severely injured on December 8, 2005 when a tractor trailer truck ran a red light at the intersection of Route 1 and Ridge Road in South Brunswick, New Jersey, and slammed into the side of the Lincoln Town Car in which he was riding. In this lawsuit, Mr. Ben-Joseph sues the owner of the tractor trailer truck, Mt. Airy Auto Transporters, Inc.; the driver of the truck, Brian Rogers; and the company that had worked on the truck's brakes shortly before the collision, Superior Auto Service, Inc. for nominal, compensatory, and punitive damages.

2.     Plaintiff, Oded Ben-Joseph, is a resident of Sharon, Massachusetts.

3.     Defendant, Mt. Airy Auto Transporters, LLC, is a limited liability company organized and existing under the laws of the State of Maryland with its principal place of business located in Woodsboro, Maryland.

4.     Defendant, Brian Rogers, is a resident of Brunswick, Maryland.

5.     At all times relevant to this action, Brian Rogers was acting as the agent, servant, and/or employee of Mt. Airy Auto Transporters, LLC. for its benefit and purposes.

6.      Defendant, Superior Auto Service, Inc., is a corporation organized and existing under the laws of the State of Maryland with its principal place of business located in Rockville, Maryland.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. Plaintiff is a citizen of Massachusetts, defendants are citizens of Maryland, and the matter in controversy exceeds the sum of $75,000.

8.      Venue is proper pursuant to 28 U.S.C. § 1391(a).

## FACTS

9.      On December 8, 2005, Oded Ben-Joseph was a passenger in a Lincoln Town Car traveling eastbound on Ridge Road in South Brunswick, New Jersey.

10.     At the same time, a tractor trailer truck owned by Mt. Airy Auto Transporters was being driven southbound on Route One in South Brunswick, New Jersey by Brian Rogers.

11.     At the intersection of Route 1 and Ridge Road, the driver of the Lincoln Town Car lawfully entered the intersection with a green turn arrow and began to make a left turn.

12.     As the Lincoln Town Car began to make its turn, the tractor trailer truck negligently and carelessly ran the red light governing its lane of travel, entered the intersection of Route 1 and Ridge Road, and violently struck the Lincoln Town Car, injuring Mr. Ben-Joseph.

3

13.    After the accident, the New Jersey State Police Commercial Vehicle Inspection Unit inspected the tractor trailer truck and determined that its brakes failed. The Commercial Vehicle Inspection Unit found that:

> [t]he brake air drier (located on the front side of the engine compartment) was observed to have a hole in one of the hose lines . . . Preliminary results of the inspection indicate that the tractor's brakes were out of adjustment and trailer brakes were found to be in inoperate condition.

14.    Additionally, an inspection performed by the New Jersey State Police Traffic-Truck Enforcement Division revealed that the tractor-trailer violated several provisions of the New Jersey Code. Specifically, the tractor-trailer was cited for violating several provisions of Federal Motor Carrier Regulations, including Title 49 section 393.43 (for having an inoperate parking brake and for having "cable not connected to the truck/4th axle on the right side brake inoperate for breakaway;" Title 49 section 48(a) (for having inoperate brakes); and Title 49 section 396.A(1)(B)(A) (for having brakes which were not in proper operating order).

15.    As a direct and proximate result of the collision, Mr. Ben-Joseph was thrown violently around the interior of the Lincoln Town Car and caused to suffer severe and permanent bodily injury, physical pain and suffering, mental anguish, emotional injury and trauma, humiliation, inconvenience, physical impairment and significant consequential limitations of the use of his body that prevent him from performing the material acts which constitute his usual and customary daily activities, and other related injuries. In addition, he has suffered and, for the remainder of his life, will suffer

4

significant economic damages including medical and other expenses, lost wages, and other related harms.

**COUNT I**
**(Negligence – Brian Rogers and Mt. Airy Auto Transporters)**

16.     Plaintiff, Oded Ben-Joseph, hereby reasserts and incorporates by reference the allegations contained in paragraphs 1 through 15 as if fully set forth herein.

17.     At all times relevant to this action, Defendant, Brian Rogers, was driving the tractor trailer truck as the agent, servant, and/or employee of Defendant, Mt. Airy Auto Transporters, LLC, and owed a duty to Plaintiff and other members of the general public to operate his vehicle in a safe and reasonable manner under the circumstances.

18.     Defendant, Brian Rogers, breached his duty to Plaintiff and other members of the general public and was negligent and careless in that he:

a.     failed to obey the red traffic light and stop before entering the intersection of Route 1 and Ridge Road and colliding with the Lincoln Town Car in which Mr. Ben-Joseph was riding;

b.     failed to inspect and monitor the condition of the brakes and other equipment on the tractor trailer truck to ensure that it did not pose a danger to Mr. Ben-Joseph and other members of the public before driving it;

c.     failed to maintain proper control over his vehicle to avoid an accident;

d.     failed to keep a proper lookout and avoid a collision with the Lincoln Town Car in which Mr. Ben-Joseph was riding;

5

e.      failed to operate his vehicle in a reasonable and prudent manner under the circumstances;

f.      failed to observe the presence and proximity of the Lincoln Town Car in which Mr. Ben-Joseph was riding and avoid the collision; and

g.      failed to comply with the applicable standards of care in the circumstances presented and was otherwise negligent and careless.

19.     As a direct and proximate result of Defendant's negligence, Plaintiff, Oded Ben-Joseph, was thrown violently around the interior of the Lincoln Town Car and caused to suffer severe and permanent bodily injury, physical pain and suffering, mental anguish, emotional injury and trauma, humiliation, inconvenience, physical impairment and significant consequential limitations of the use of his body that prevent him from performing the material acts which constitute his usual and customary daily activities, and other related injuries. In addition, he has suffered and, for the remainder of his life, will suffer significant economic damages including medical and other expenses, lost wages, and other related harms.

20.     The harms Plaintiff, Oded Ben-Joseph, suffered as a direct and proximate result of the acts and omissions of Defendant, Brian Rogers, as the agent, servant, and/or defendant of Defendant, Mt. Airy Auto Transporters, LLC, were actuated by actual malice and accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by those acts or omissions, deliberately and/or with knowledge of a high degree of probability of harm to another and with reckless indifference to the consequences of the acts or omissions.

6

WHEREFORE, Plaintiff, Oded Ben-Joseph, demands judgment against Defendants, Brian Rogers and Mt. Airy Auto Transporters, LLC, jointly and severally, for compensatory damages in excess of $75,000, together with a punitive damages award, plus prejudgment interest and all costs of this action.

### COUNT II
### (Negligence –Mt. Airy Auto Transporters)

21.    Plaintiff, Oded Ben-Joseph, hereby reasserts and incorporates by reference the allegations contained in paragraphs 1 through 15 as if fully set forth herein.

22.    At all times relevant to this action, Defendant, Mt. Airy Auto Transporters, LLC, owned the tractor trailer truck involved in the collision with the Lincoln Town Car in which Plaintiff was riding and owed a duty to Plaintiff and the general public to exercise care for their safety by properly inspecting and maintaining the brakes and other equipment on its tractor trailer truck, evaluating and monitoring the brakes and other equipment for signs of wear and potential failure, and taking reasonable precautions to prevent injuries to Plaintiff and other members of the general public that it knew or should have known could result if its brakes and other equipment became worn, damaged, or defective.

23.    At all times relevant to this action, Mt. Airy Auto Transporters knew or should have known that the brakes on its tractor trailer were faulty, defective, and not in good working order, but it negligently, recklessly and with complete disregard for the

7

safety of others, failed to take proper steps to adequately maintain the brakes and other equipment and ensure that they were in proper working order.

24.     Defendant, Mt. Airy Auto Transporters, LLC, by and through its agents, servants, and/or employees, breached its duty to Mr. Ben-Joseph and was negligent and careless in that it:

a.      failed to develop and implement an adequate safety program to regularly and systematically inspect and maintain its tractor trailer trucks and their brakes and other equipment to ensure that they were in proper working order and not faulty, defective, or in poor working order;

b.      failed to develop and implement an adequate safety program to instruct and educate its agents, servants, and/or employees about their obligations under New Jersey and Federal transportation rules and regulations;

c.      failed to develop and implement an adequate safety program to instruct and educate its agents, servants, and/or employees to inspect and evaluate its tractor trailer trucks and their brakes and other equipment at the beginning of any trip to ensure that they were in proper working order and not faulty, defective, or in poor working order;

d.      failed to develop and implement an adequate safety program that would have prevented its tractor trailer truck from colliding with the Lincoln Town Car in which Mr. Ben-Joseph was riding;

e.      failed to properly supervise its agents, servants, and/or employees to ensure their compliance with New Jersey and Federal rules and regulations concerning operator safety and mechanical inspection, maintenance, and repair;

f.      failed to exercise reasonable care for the safety of Mr. Ben-Joseph by allowing the brakes and other equipment on its tractor trailer truck to get out of repair and the truck to be used on the road;

g.      failed to properly inspect the brakes and other equipment on its tractor trailer and ensure that they were in good working condition before allowing it to be used on the road;

h.      failed to properly maintain or repair the brakes and other equipment on its tractor trailer and ensure that they were in good working condition before allowing it to be used on the road;

i.      failed to oversee the maintenance and servicing of the brakes on the tractor trailer truck in a safe and proper manner; and

j.      was otherwise careless and negligent.

25.     As a direct and proximate result of the negligence of Defendant, Mt. Airy Auto Transporters, LLC, its tractor trailer truck entered the intersection of Route 1 and Ridge Road, collided with the Lincoln Town Car in which Mr. Ben-Joseph was riding, and caused him to suffer severe and permanent bodily injury, physical pain and suffering, mental anguish, emotional injury and trauma, humiliation, inconvenience, physical impairment, and other related injuries. In addition, he has suffered and, for the remainder of his life, will suffer significant economic damages including medical and other expenses, lost wages, and other related harms.

26.     The harms Plaintiff, Oded Ben-Joseph, suffered as a direct and proximate result of the acts and omissions of Defendant, Mt. Airy Auto Transporters, LLC, directly

9

and by and through its agents, servants, and/or employees, were actuated by actual malice and accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by those acts or omissions, deliberately and/or with knowledge of a high degree of probability of harm to another and with reckless indifference to the consequences of the acts or omissions.

WHEREFORE, Plaintiff, Oded Ben-Joseph, demands judgment against Defendants, Brian Rogers and Mt. Airy Auto Transporters, LLC, jointly and severally, for compensatory damages in excess of $75,000, together with a punitive damages award, plus prejudgment interest and all costs of this action.

## COUNT III
### (Negligence –Superior Auto Service)

27.     Plaintiff, Oded Ben-Joseph, hereby reasserts and incorporates by reference the allegations contained in paragraphs 1 through 15 as if fully set forth herein.

28.     At all times relevant to this action, Defendant, Superior Auto Service, Inc., performed maintenance and repairs on the mechanical and brake systems of automobiles, trucks, and tractor trailers and owed a duty to Plaintiff and the general public to exercise reasonable care in the performance of its work and take reasonable precautions to prevent injuries caused by improper maintenance or repairs or other known or knowable dangers associated with its actions.

29.     Upon information and belief, Superior Auto Service performed maintenance and repairs on the mechanical and brake systems of the tractor trailer truck at issue in this action, including, but not limited to, replacement of the front brake shoes,

front brake hardware, and front brake drums, on or about October 31, 2005.

30.     At all times relevant to this action, Superior Auto Service knew or should have known that the brakes and other equipment on the tractor trailer truck were faulty, defective, and not in good working order, but it negligently, recklessly and with complete disregard for the safety of others, failed to take proper steps to adequately repair the brakes and other equipment or ensure that they were in proper working order.

31.     Defendant, Superior Auto Service, Inc., by and through its agents, servants, and/or employees, breached its duty and was negligent and careless in that it:

a.     failed to properly inspect the brakes and other equipment on the tractor trailer and ensure that they were in good working condition before allowing it to go back out onto the road;

b.     failed to properly maintain and/or repair the brakes and other equipment on the tractor trailer and ensure that they were in good working condition before allowing it to go back out onto the road; and

c.     was otherwise careless and negligent.

32.     As a direct and proximate result of the negligence of Defendant, Superior Auto Service, Inc., the tractor trailer truck failed to stop at the red light governing its lane of traffic, entered the intersection of Route 1 and Ridge Road, and collided with the Lincoln Town Car in which Mr. Ben-Joseph was riding, causing him to suffer severe and permanent bodily injury, physical pain and suffering, mental anguish, emotional injury and trauma, humiliation, inconvenience, physical impairment, and other related injuries. In addition, he has suffered and, for the remainder of his life, will suffer significant

economic damages including medical and other expenses, lost wages, and other related harms.

33.     The harms Plaintiff, Oded Ben-Joseph, suffered as a direct and proximate result of the acts and omissions of Defendant, Superior Auto Service, Inc., directly and by and through its agents, servants, and/or employees, were actuated by actual malice and accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by those acts or omissions, deliberately and/or with knowledge of a high degree of probability of harm to another and with reckless indifference to the consequences of the acts or omissions.

WHEREFORE, Plaintiff, Oded Ben-Joseph, demands judgment against Defendants, Brian Rogers and Mt. Airy Auto Transporters, LLC, jointly and severally, for compensatory damages in excess of $75,000, together with a punitive damages award, plus prejudgment interest and all costs of this action.

Respectfully submitted,


_____
Gregory G. Hopper (Bar No. 26150)
Salsbury, Clements, Bekman, Marder & Adkins
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiff, Oded Ben-Joseph